JOSEPH ARNOPOLIN, Respondent, *v.* IRA KAWANOVA, Appellant.

*Negligence — motor vehicles — injury from being struck by automobile while crossing street.*

*Arnopolin* v. *Kawanova,* 207 App. Div. 897, affirmed.

(Submitted April 14, 1924; decided May 20, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1923, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff while crossing Orchard street between Canal and Hester streets in the city of New York was struck by defendant's automobile and received the injuries complained of.

*James J. Mahoney* and *George J. Stacy* for appellant.
*Julius L. Rosenthal* and *Leonard Bronner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

DAVID KARPEL, Appellant, *v.* NATIONAL SURETY COMPANY, Respondent.

*Insurance — action to recover on policies of burglary insurance — adequacy of verdict.*

*Karpel* v. *National Surety Co.,* 208 App. Div. 745, affirmed.

(Argued April 15, 1924; decided May 20, 1924.)

APPEAL from a judgment, entered February 7, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff upon the ground of inadequacy and granting a new trial and directed reinstatement of said verdict. The action was to recover upon two policies of burglary insurance. The principal question on appeal was as to the adequacy of the verdict.